1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MARTINEZ, | Case No.: 2:14-CV-01619-AC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 12, 2015. The extension is needed to allow both parties time to pursue the possibility of a settlement.

This is the 1st request for extension by plaintiff.

Dated:  11/21/14                                       /s/ *Peter Brixie*
                                                       PETER E. BRIXIE
                                                       Attorney at Law
                                                       Attorney for Plaintiff


Dated: 11/21/14                            By:         /s/*Tova D. Wolking*
                                                       TOVA D. WOLKING
                                                       Special Assistant U. S. Attorney
                                                       Attorney for Defendant


__ooo__

APPROVED AND SO ORDERED

Dated: November 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE