UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| MICHAEL GEORGE MARTINEZ, | ) | Case No. 2:14-cv-01619-AC |
| | ) | |
| Plaintiff, | ) | ORDER OF REMAND |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, ECF No. 14, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  December 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE